IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANET HILL,<br><br>   Plaintiff,<br><br>v.<br><br>COMMUNITY LOAN SERVICING f/k/a BAYVIEW LOAN SERVICING, and SHELLPOINT MORTGAGE SERVICING,<br><br>   Defendants. | CIVIL ACTION FILE<br>NO. 1:21-cv-03750-WMR |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 3.3, Defendant Community Loan Servicing f/k/a Bayview Loan Servicing ("Bayview"), by and through the undersigned counsel, certifies the following:

1. The following is a full and complete list of all parties in this action, including any parent corporation and any publicly-held corporation that owns 10% or more of the stock of a party:

   A. **Plaintiff:** Janet Hill

   B. **Defendant Bayview:** Bayview is a Delaware limited liability company that is wholly owned by its sole member Bayview Asset Management,

1

LLC ("BAM"), a Delaware limited liability company. BAM's sole member is Bayview Asset Management Holdings, LLC ("BAMH"), a Delaware limited liability company. BAMH has two members: Mayim Capital, LLC and Mayim Investment Holdings, Inc. The sole member of Mayim Capital, LLC is an individual who is a citizen of Florida. Mayim Investment Holdings, Inc. is a Florida corporation with its principal place of business in Florida. No publicly held company owns 10 percent or more of BAM's stock.

2. The undersigned further certifies that the following is a full and complete list of all persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: **Janet Hill, Ricardo Mosby, Esq., The Mosby Law Firm PC, Bayview, NewRez, LLC d/b/a Shellpoint Mortgage Servicing, Allison Rhadans Esq., McGuireWoods LLP, Keith S. Anderson Esq., and Bradley Arant Boult Cummings LLP.**

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Attorney for Plaintiff:**
Ricardo Mosby, Esq.
The Mosby Law Firm PC
260 Peachtree Street Suite 1403
Atlanta, GA 30303

**Attorney for Defendant Bayview:**
Allison Rhadans, Esq.
McGuireWoods LLP
1230 Peachtree Street, N.E.
Promenade II, Suite 2100

Atlanta, Georgia 30309-3534

**Attorney for Defendant NewRez, LLC d/b/a Shellpoint Mortgage Servicing:**
Keith S. Anderson, Esq.
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203

Defendant Bayview reserves the right to supplement this Disclosure as needed.

    This 17th day of September, 2021.

                        /s/ Allison G. Rhadans
                        Allison G. Rhadans
                        Georgia Bar No. 940557
                        McGuireWoods LLP
                        1230 Peachtree Street, NE
                        Promenade II, Suite 2100
                        Atlanta, Georgia  30309-3534
                        (404) 443-5700 (Telephone)
                        (404) 443-5677  (Facsimile)
                        ARhadans@mcguirewoods.com
                        *Attorney for Defendant Community Loan Servicing f/k/a Bayview Loan Servicing*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANET HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | NO. 1:21-cv-03750-WMR |
| ) | |
| COMMUNITY LOAN SERVICING f/k/a ) | |
| BAYVIEW LOAN SERVICING, and ) | |
| SHELLPOINT MORTGAGE ) | |
| SERVICING, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CERTIFICATE OF SERVICE, FONT AND MARGINS**

I hereby certify that on the undersigned date, I electronically filed the foregoing ***CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT*** with the Clerk of the Court using the CM/ECF System, which will electronically deliver a copy to counsel of record, and served a true and correct copy of same on the undersigned individual(s) via First-Class Mail, postage prepaid, addressed to:

Ricardo Mosby, Esq.
The Mosby Law Firm PC
260 Peachtree Street Suite 1403
Atlanta, GA 30303
*Counsel for Plaintiff*

Keith S. Anderson, Esq.
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
*Counsel for Defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing*

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

This 17th day of September, 2021.

/s/ Allison Rhadans
Allison Rhadans
Georgia Bar No. 940557
McGuireWoods LLP
1230 Peachtree Street, NE
Promenade II, Suite 2100
Atlanta, Georgia  30309-3534
(404) 443-5700 (Telephone)
ARhadans@mcguirewoods.com
*Attorneys for Defendant Community Loan Servicing f/k/a Bayview Loan Servicing*

5