IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANET HILL,                )<br>                            )<br>    Plaintiff,              )<br>                            )<br>v.                          )<br>                            )<br>COMMUNITY LOAN SERVICING f/k/a )<br>BAYVIEW LOAN SERVICING, and )<br>SHELLPOINT MORTGAGE         )<br>SERVICING,                  )<br>                            )<br>    Defendants.             )<br>                            ) | CIVIL ACTION FILE<br>NO. 1:21-cv-03750-WMR |

## **DEFENDANTS' MOTION TO STAY PRETRIAL DEADLINES AND DISCOVERY**

COMES NOW, Defendant Community Loan Servicing f/k/a Bayview Loan Servicing ("Bayview") and Defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint") (collectively "Defendants") by and through the undersigned counsel, and respectfully moves the Court for an Order staying certain pretrial deadlines and initiating the discovery period set forth in the Federal Rules of Civil Procedure and the Local Rules for the United States District Court for the Northern District of Georgia, Atlanta Division, pending a ruling on the Motion to Dismiss. In support of this motion, Defendants submits the accompanying Memorandum of Law.

1

This 17th day of September, 2021.

/s/ Allison Rhadans
Allison Rhadans
Georgia Bar No. 940557
McGuireWoods LLP
1230 Peachtree Street, NE, Suite 2100
Atlanta, Georgia  30309-3534
(404) 443-5700 (Telephone)
ARhadans@mcguirewoods.com
*Attorney for Defendant Community Loan Servicing f/k/a Bayview Loan Servicing*

/s/ Keith Anderson
Keith S. Anderson (GA Bar No. 136246)
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
kanderson@bradley.com
*Counsel for Defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANET HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | NO. 1:21-cv-03750-WMR |
| ) | |
| COMMUNITY LOAN SERVICING f/k/a ) | |
| BAYVIEW LOAN SERVICING, and ) | |
| SHELLPOINT MORTGAGE ) | |
| SERVICING, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE, FONT AND MARGINS

I hereby certify that on the undersigned date, I electronically filed the foregoing *Defendants' Motion to Stay Pretrial Deadlines and Discovery* with the Clerk of the Court using the CM/ECF System and served a true and correct copy of same on the following individual(s) via First-Class Mail, postage prepaid, addressed to:

Ricardo Mosby, Esq.
The Mosby Law Firm PC
260 Peachtree Street Suite 1403
Atlanta, GA 30303
*Counsel for Plaintiff*

Keith S. Anderson, Esq.
Bradley Arant Boult Cummings LLP

3

One Federal Place<br>
1819 Fifth Avenue North<br>
Birmingham, Alabama 35203<br>
*Counsel for Defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing*

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

This 17th day of September, 2021.

                                              /s/ Allison Rhadans  
                                              Allison Rhadans  
                                              Georgia Bar No. 940557  
                                              McGuireWoods LLP  
                                              1230 Peachtree Street, NE  
                                              Promenade II, Suite 2100  
                                              Atlanta, Georgia  30309-3534  
                                              (404) 443-5700 (Telephone)  
                                              ARhadans@mcguirewoods.com  
                                              *Attorneys for Defendant Community Loan Servicing f/k/a Bayview Loan Servicing*