IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANET HILL,<br><br>　　Plaintiff,<br><br>v.<br><br>COMMUNITY LOAN SERVICING f/k/a BAYVIEW LOAN SERVICING, and SHELLPOINT MORTGAGE SERVICING,<br><br>　　Defendants. | CIVIL ACTION FILE<br>NO. 1:21-cv-03750-WMR |

## [PROPOSED] ORDER STAYING PRETRIAL DEADLINES AND DISCOVERY

THIS MATTER is before the Court on the Motion to Stay Pretrial Deadlines and Discovery filed by Defendant Community Loan Servicing f/k/a Bayview Loan Servicing ("Bayview") and Defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint") (collectively "Defendants").

Upon consideration of the Motion to Stay Pretrial Deadlines and Discovery, and the arguments contained in the accompanying Memorandum of Law, the Court finds that there is sufficient evidence and just cause for the Court to stay pretrial deadlines and discovery while the Court considers Defendants' Motion to Dismiss.

Accordingly, it is hereby:

ORDERED that Defendants' Motion to Stay Pretrial Deadlines and Discovery is GRANTED, staying the commencement of the discovery period and the parties' obligations to comply with the deadlines for conducting the Rule 26(f) conference, filing initial disclosures, and filing a preliminary report and discovery plan.

It is furthermore ORDERED that should the Court later deny Defendants' Motion to Dismiss, the parties shall comply with all preliminary mandates of the federal and local rules within thirty (30) days of the Court's Order denying said motion.

**SO ORDERED**, this _____ day of _____, 2021.

_____
Assigned to Judge William M. Ray, II

Prepared and presented by:

*/s/ Allison Rhadans*
Allison Rhadans
Georgia Bar No. 940557
McGuireWoods LLP
1230 Peachtree Street, NE, Suite 2100
Atlanta, Georgia  30309-3534
(404) 443-5700 (Telephone)
ARhadans@mcguirewoods.com
*Attorney for Defendant Community Loan Servicing f/k/a Bayview Loan Servicing*

*/s/ Keith Anderson*
Keith S. Anderson (GA Bar No. 136246)

2

Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
kanderson@bradley.com
*Counsel for Defendant NewRez LLC d/b/a*
*Shellpoint Mortgage Servicing*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANET HILL,<br><br>   Plaintiff,<br><br>v.<br><br>COMMUNITY LOAN SERVICING f/k/a BAYVIEW LOAN SERVICING, and SHELLPOINT MORTGAGE SERVICING,<br><br>   Defendants. | CIVIL ACTION FILE<br>NO. 1:21-cv-03750-WMR |

## CERTIFICATE OF SERVICE, FONT AND MARGINS

I hereby certify that on the undersigned date, I electronically filed the foregoing *[PROPOSED] ORDER STAYING PRETRIAL DEADLINES AND DISCOVERY* with the Clerk of the Court using the CM/ECF System, which will electronically deliver a copy to counsel of record, and served a true and correct copy of same on the undersigned individual(s) via First-Class Mail, postage prepaid, addressed to:

Ricardo Mosby, Esq.
The Mosby Law Firm PC
260 Peachtree Street Suite 1403
Atlanta, GA 30303
*Counsel for Plaintiff*

4

Keith S. Anderson, Esq.
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203

*Counsel for Defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing*

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

This 17th day of September, 2021.

/s/ Allison Rhadans
Allison Rhadans
Georgia Bar No. 940557
McGuireWoods LLP
1230 Peachtree Street, NE
Promenade II, Suite 2100
Atlanta, Georgia  30309-3534
(404) 443-5700 (Telephone)
ARhadans@mcguirewoods.com
*Attorneys for Defendant Community Loan Servicing f/k/a Bayview Loan Servicing*