IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANET HILL,  )<br> )<br>  Plaintiff, )<br> )<br>v. )<br> )<br>COMMUNITY LOAN SERVICING f/k/a )<br>BAYVIEW LOAN SERVICING, and )<br>SHELLPOINT MORTGAGE )<br>SERVICING, )<br> )<br>  Defendants. ) | **CIVIL ACTION FILE**<br>**NO. 1:21-cv-03750-WMR** |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 3.3, Defendant NewRez, LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint"), by and through its undersigned counsel, certifies the following:

1. The following is a full and complete list of all parties in this action, including any parent corporation and any publicly-held corporation that owns 10% or more of the stock of a party:

1

A. Plaintiff Janet Hill;

B. Defendant Bayview Loan Servicing;

C. NewRez LLC, d/b/a Shellpoint Mortgage Servicing;

D. Shellpoint Partners LLC;

E. NRM Acquisition LLC;

F. NRCM Acquisition II LLC;

G. New Residential Mortgage LLC;

H. New Residential Investment Corporation is a publicly held corporation (NYSE: NRZ)

2. The undersigned further certifies that no other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case besides those parties list in response to No. 1 above.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Attorney for Plaintiff:**
Ricardo Mosby, Esq.
The Mosby Law Firm PC
260 Peachtree Street Suite 1403
Atlanta, GA 30303

**Attorney for Defendant Bayview:**
Allison Rhadans, Esq.

4811-5516-5691.1

McGuireWoods LLP
1230 Peachtree Street, N.E.
Promenade II, Suite 2100
Atlanta, Georgia 30309-3534

**Attorney for Defendant NewRez, LLC
d/b/a Shellpoint Mortgage Servicing:**
Keith S. Anderson, Esq.
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203

Defendant NewRez, LLC d/b/a Shellpoint Mortgage Servicing reserves the right to supplement this Disclosure as needed.

Respectfully submitted this 17th day of September, 2021.

    /s/Keith S. Anderson
Keith S. Anderson (GA Bar No. 136246)
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
kanderson@bradley.com
ATTORNEY FOR DEFENDANT NEWREZ, LLC
D/B/A SHELLPOINT MORTGAGE SERVICING

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned certifies that this document has been prepared in accordance with Local Rule 5.1(C).

/s/ Keith S. Anderson

### CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing on the Court's ECF Electronic Filing System and a true copy of the foregoing will be served on the following via the Court's electronic notification on the 17th day of September, 2021:

Ricardo Mosby, Esq.
The Mosby Law Firm PC
260 Peachtree Street Suite 1403
Atlanta, GA 30303
*Counsel for Plaintiff*

Allison Rhadans
McGuireWoods LLP
1230 Peachtree Street, NE
Promenade II, Suite 2100
Atlanta, Georgia 30309-3534
*Attorneys for Defendant Community Loan Servicing
f/k/a Bayview Loan Servicing*

This 17th day of September, 2021.

/s/ Keith S. Anderson

4811-5516-5691.1