IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANET HILL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMMUNITY LOAN SERVICING f/k/a ) <br> BAYVIEW LOAN SERVICING, and ) <br> SHELLPOINT MORTGAGE ) <br> SERVICING, ) <br> ) <br> Defendants. ) <br> ) | **CIVIL ACTION FILE** <br> **NO. 1:21-cv-03750-WMR** |

## DEFENDANT NEWREZ, LLC D/B/A SHELLPOINT MORTGAGE SERVICING'S JOINDER TO MOTION TO DISMISS

Defendant NewRez, LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint"), by and through its undersigned counsel, files this JOINDER to the Motion to Dismiss (Doc. 5). The Motion filed plainly states that it was filed by both Defendants Bayview and Shellpoint, but in an abundance of caution and for clarity, Shellpoint files this Joinder to the Motion. Shellpoint adopts and joins the points, arguments, legal citations, and exhibits as set out in the Motion and Memorandum of Law in Support (Docs. 5 and 5-1) in full.

Respectfully submitted this 17th day of September, 2021.

/s/Keith S. Anderson

1

4833-6906-1115.1

Keith S. Anderson (GA Bar No. 136246)
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
kanderson@bradley.com
ATTORNEY FOR DEFENDANT NEWREZ, LLC
D/B/A SHELLPOINT MORTGAGE SERVICING

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned certifies that this document has been prepared in accordance with Local Rule 5.1(C).

/s/ Keith S. Anderson

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing on the Court's ECF Electronic Filing System and a true copy of the foregoing will be served on the following via the Court's electronic notification on the 17th day of September, 2021:

Ricardo Mosby, Esq.
The Mosby Law Firm PC
260 Peachtree Street Suite 1403
Atlanta, GA 30303
*Counsel for Plaintiff*

Allison Rhadans
McGuireWoods LLP
1230 Peachtree Street, NE

Promenade II, Suite 2100
Atlanta, Georgia 30309-3534
*Attorneys for Defendant Community Loan Servicing*
*f/k/a Bayview Loan Servicing*

This 17th day of September, 2021.

/s/ Keith S. Anderson