19-58579

# LIST OF CREDITORS

Janet Hill

| | |
|---|---|
| The debtor must provide and maintain a complete List of Creditors reflecting names and addresses only of all creditors. This list is used to mail notices to creditors. Lack of proper notice may result in no discharge of a debt owed. | **Guidelines:**<br>• Creditor name and mailing address ONLY<br>• Enter one creditor per box<br>• Creditor's name must be on the first line<br>• City, state and zip code must be on the last line<br>• No more than five lines of information per creditor<br>• Do NOT include: account numbers, phone numbers or amounts owed |

| | |
|---|---|
| Bayview Loan Servicing LLC<br>Bayview Financial<br>4425 Ponce De Leon<br>Coral Gables, FL 33146 | Steven Pritchett<br>1100 Peachtree St.<br>Atlanta, GA |
| Bank America<br>100 N. Tryon St.<br>Charlotte, NC 28202 | Bank America, BONY<br>7105 Corporate Drive<br>Plano, TX 75024 |
| IBM Southeast CU<br>POB 5090<br>Boca Raton, FL | America's Wholesale Lender<br>1600 Parkwood Circle, #540<br>Atlanta, GA 30339 |
| Bank New York Mellon<br>101 Barclay Street 8W<br>New York, NY 10286<br>ATTN - Trust CWALT 2005-58 | America's Wholesale Lender<br>PO Box # 660694<br>Dallas, TX 75266-0694 |
| Emory Healthcare<br>Financial Asset Management Systems<br>PO Box 1069<br>Woodstock, GA 30188-1069 | Bank of America NA<br>POB 5170<br>Simi Valley, CA 93062 |
| Real Time Resolutions<br>1349 Empire Central Dr #150<br>Dallas, TX, 75247 | U.S. BANKRUPTCY COURT<br>NORTHERN DISTRICT OF GEORGIA<br>2019 JUN -7 PM 1:43<br>M. REGINA THOMAS<br>CLERK<br>Rachael Smith<br>DEPUTY CLERK |
| MERS Corp Holdings, Inc<br>MERS, Inc<br>1818 Library St. #300<br>Reston, VA 20190 | |